UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00401-MOC

| | | |
|---|---|---|
| **FORD MOTOR COMPANY,** et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GARLOCK SEALING TECHNOLOGIES, LLC,** et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on J. Samuel Gorham, III's Motion for *Pro Hac Vice* Admission of Charles B. Walther (#4). Having considered Mr. Gorham's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that J. Samuel Gorham, III's Motion for *Pro Hac Vice* Admission of Charles B. Walther (#4) is GRANTED, and such attorney is admitted to practice *pro hac vice* Mr. Gorham in this particular case.

Signed: September 22, 2014

Max O. Cogburn Jr.
United States District Judge