# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **FORD MOTOR COMPANY**, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | No. 3:14-cv-401 |
| v. | ) | |
| | ) | |
| **OFFICIAL COMMITTEE OF ASBESTOS** | ) | |
| **PERSONAL INJURY CLAIMANTS,** | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER GRANTING CONSENT MOTION FOR LIMITED REMAND FOR ENTRY OF CONSENT ORDER GRANTING ACCESS TO RULE 2019 FILINGS

WHEREAS Appellants Ford Motor Company; Honeywell International Inc.; Resolute Management, Inc., AIU Insurance Company, American Home Assurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.; Volkswagen Group of America, Inc.; and Mt. McKinley Insurance Company and Everest Reinsurance Company, have moved for entry of a an order remanding their appeal to the bankruptcy court for entry of a proposed Consent Order Granting Access to Rule 2019 Filings, and

WHEREAS the Appellee, the Official Committee of Asbestos Personal Injury Claimants, has consented to such limited remand and entry of the proposed Consent Order Granting Access to Rule 2019 Filings,

**IT IS ORDERED** that:

The Consent Motion for Limited Remand for Entry of Consent Order Granting Access to Rule 2019 Filings, (Doc. No. 11), is hereby **GRANTED** and the matter is **REMANDED** to the U.S. Bankruptcy Court for the Western District of North Carolina for the limited purpose of

1

entry of the proposed consent order attached as Exhibit A to the consent motion. Except as expressly provided in this Order, this Court retains jurisdiction over this appeal. All further proceedings in this matter shall be held in abeyance until further order of this Court.

**SO ORDERED.**

Signed: November 12, 2014

Graham C. Mullen
United States District Judge