# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **FORD MOTOR COMPANY,** *et al.***,** | ) | |
| | ) | |
| **Appellants,** | ) | No. 3:14-cv-00401 |
| **v.** | ) | |
| | ) | |
| **OFFICIAL COMMITTEE OF ASBESTOS** | ) | |
| **PERSONAL INJURY CLAIMANTS,** | ) | |
| | ) | |
| **Appellee.** | ) | |

## ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

WHEREAS the Bankruptcy Court has entered the Consent Order Granting Access to

Rule 2019 Filings, (Bankr. Case No. 10-31607, Dkt. No. 4235), in accordance with this Court's

Order Granting Consent Motion for Limited Remand for Entry of Consent Order Granting

Access To Rule 2019 Filings, (Dkt. No. 12),

WHEREAS Appellants Ford Motor Company; Honeywell International Inc.; Resolute

Management, Inc., AIU Insurance Company, American Home Assurance Company,

Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company,

Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.;

Volkswagen Group of America, Inc.; and Mt. McKinley Insurance Company and Everest

Reinsurance Company, and Appellee Official Committee of Asbestos Personal Injury Claimants

have now jointly moved, pursuant to Fed. R. Bankr. P. 8001(c)(2), for voluntary dismissal of this

appeal in accordance with the terms of the Consent Motion for Limited Remand for Entry of

Consent Order Granting Access To Rule 2019 Filings, (Dkt. No. 11),[1] and therefore

---

[1] Former Fed. R. Bankr. P. 8001, governing voluntary dismissal of bankruptcy appeals, has been replaced, effective December 1, 2014, with Fed. R. Bankr. P. 8023; however, this change is immaterial to this Order.

**IT IS ORDERED** that:

The Joint Motion for Voluntary Dismissal of Appeal, (Dkt. No. 13), is hereby

**GRANTED**, the instant appeal is **DISMISSED**, with each party to bear its own costs and fees.

**SO ORDERED.**

Signed: December 3, 2014

Graham C. Mullen
United States District Judge